## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

|  |  |
|---|---|
| Michael Johnson,<br><br>             Plaintiff,<br><br>    v.<br><br>GE Capital Retail Bank; and DOES 1-10, inclusive,<br><br>             Defendants. | Civil Action No.:  5:14-cv-05158-JLH |

## <u>NOTICE OF SETTLEMENT</u>

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 16, 2015

Respectfully submitted,

PLAINTIFF, Michael Johnson

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
**LEMBERG LAW, L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 16, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Charles Stanton Perry
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas  77002-6110

Timothy R. Carraher
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606

By /s/ Sergei Lemberg_____
     Sergei Lemberg