IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Michael Johnson, | : |
| | : |
| | : Civil Action No.: 5:14-cv-05158-JLH |
| Plaintiff, | : |
| v. | : |
| | : |
| GE Capital Retail Bank; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against GE Capital Retail Bank with prejudice and without costs to any party.

| Michael Johnson | GE Capital Retail Bank |
|---|---|
| /s/ Sergei Lemberg | /s/ Timothy R. Carraher |
| Sergei Lemberg, Esq. | Timothy R. Carraher |
| LEMBERG LAW, LLC | REED SMITH LLP |
| 1100 Summer Street, 3rd Floor | 10 South Wacker Drive |
| Stamford, CT  06905 | Chicago, IL 60606 |
| (203) 653-2250 | T: (312) 207-6549 |
| slemberg@lemberglaw.com | F: (312) 207-6400 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Timothy R. Carraher
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606

                                      By /s/ Sergei Lemberg
                                            Sergei Lemberg