IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL JOHNSON                                                                    PLAINTIFF

vs.                              Case No. 14-5158

GE CAPITAL RETAIL BANK, et al                                              DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 19th day of May, 2015, the parties hereto having filed a Stipulation of Dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


By:/s/   Teri Gunderson
         Deputy Clerk